UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DAVID ROY WORTHY,

       Plaintiff,                  Case No. 2:18-cv-214

v.                                   Honorable Paul L. Maloney

UNKNOWN PEREZ et al.,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e).


Dated:   December 21, 2018               /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge